**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1727**

———————

ORVILLE LEWIS, JR.,

                                       Plaintiff - Appellant,

      versus

COMMONWEALTH OF VIRGINIA,

                                       Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:07-cv-00219-HEH)

———————

Submitted:  September 28, 2007     Decided:  October 16, 2007

———————

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Orville Lewis, Jr., Appellant Pro Se.  Gregory Clayton Fleming, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orville Lewis, Jr., appeals the district court's order dismissing this action seeking to void a state court judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lewis v. Virginia, No. 3:07-cv-00219-HEH (E.D. Va. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED